UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RAFAEL A. AMEZCUA OLVERA,<br><br>Petitioner,<br><br>v.<br><br>FIELD OFFICE DIRECTOR DANIEL BIBLE, Immigration and Customs (ICE), Enforcement and Removal Operations; WARDEN RAYMUNDO CASTRO, South Texas Detention Complex, in His Official Capacity; and ATTORNEY GENERAL BARR in His Official Capacity, UNITED STATES ATTORNEY GENERAL<br><br>Respondents. | SA-20-CA-124-DAE (HJB) |

## ORDER SETTING
## TELEPHONIC STATUS CONFERENCE

The Court would like to hold a status conference with counsel in this case. Accordingly, it is hereby **ORDERED** that a status conference will be conducted by phone on **October 23, 2020**, at **11:30 A.M.**

In advance of the designated start time of the conference, the parties are directed to dial: **888-363-4734**, and when prompted to do so, enter **Access Code 1223006** (and press #).

**SIGNED** on October 15, 2020.

Henry J. Bemporad
United States Magistrate Judge