UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RAFAEL A. AMEZCUA OLVERA, | § § § | |
| Petitioner, | § § | |
| v. | § § § | SA-20-CA-124-DAE |
| FIELD OFFICE DIRECTOR DANIEL BIBLE, Immigration and Customs (ICE), Enforcement and Removal Operations; WARDEN RAYMUNDO CASTRO, South Texas Detention Complex, in His Official Capacity; and ATTORNEY GENERAL GARLAND[1] in His Official Capacity, UNITED STATES ATTORNEY GENERAL, | § § § § § § § § § § § | |
| Respondents. | § | |

## ORDER RETURNING CASE
## TO DISTRICT COURT

All matters for which this case was referred to the Magistrate Judge having been considered and acted upon, it is hereby **ORDERED** that the above-entitled and numbered cause is **RETURNED** to the District Court for all purposes.

**SIGNED** on March 30, 2021.

_____
Henry J. Bemporad
United States Magistrate Judge

---

[1] Merrick Garland, as the current Attorney General, is automatically substituted as a party pursuant to Federal Rule of Civil Procedure 25(d).